IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF NORTH CAROLINA

CIVIL ACTION NO:

| | | |
|---|---|---|
| MEGAN AKSTIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **COMPLAINT AFFIRMATION** |
| v. | ) | |
| | ) | |
| | ) | |
| CITY OF CHARLOTTE, | ) | |
| | ) | |
| Defendant. | ) | |

I, Megan Akstin, affirm the following :

I am the Plaintiff in the foregoing action, that I have read the foregoing Complaint and know the contents thereof, and the same are true of my own knowledge, except as to those matters and things contained therein stated upon information and belief, and as to those matters and things, I believe them to be true.

Megan Akstin

_Megan Akstin_
Signature

6-24-2022
Date